```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JULIUS FELIX MARIA KRAUSE,

                              Petitioner,

        -against-

WILLIAM JOYCE, in his official capacity as,
Acting Director, New York Field Office,
U.S. Immigration and Customs Enforcement,
U.S. Department of Homeland Security; and

PAM BONDI, in her official capacity as,
Attorney General of the United States,

                              Respondents.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2025

25 Civ. 2379 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Petitioner's application for emergency relief. ECF Nos. 1, 3, 5–6. The Court construes Petitioner's memorandum of law as Petitioner's opening brief in support of his motion for summary disposition of the petition. ECF No. 3; ECF No. 5 ¶ 17. Accordingly:

1. Pending the Court's adjudication of Petitioner's application for emergency relief, Respondents and their agents are ENJOINED from moving Petitioner to any location outside the geographic jurisdiction of the day-to-day operations of Immigration and Customs Enforcement's ("ICE") New York Field Office;
2. By **March 24, 2025**, Petitioner shall cause a copy of this order and Petitioner's petition, memorandum of law, emergency motion, and proposed order to show cause to be served on Respondents;
3. By **March 25, 2025**, Petitioner shall file proof of service on the docket;
4. By **March 27, 2025**, Respondents shall file a return and a memorandum of law in response to Petitioner's motion for summary disposition; and
5. By **March 30, 2025**, Petitioner may file a traverse and reply memorandum.

SO ORDERED.

Dated: March 24, 2025, 12:02 p.m. EST
       New York, New York

_____
ANALISA TORRES
United States District Judge